JOSEPH F. COHEN, Respondent, *v.* BERNARD WHITE, Defendant, and MORRIS WHITE, Appellant.

Argued February 23, 1939; decided April 4, 1939.

602

*Samuel Masia, Louis Newman* and *Archibald Palmer* for appellant.

*Edward F. Butler* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.